PENALTY SHEET

DEFENDANT:  EDWARD BAKER HARRINGTON
a/k/a E. BAKER HARRINGTON,
a/k/a EDWARD BAKER HARRINGTON II,
a/k/a BAKER HARRINGTON,

YEAR OF BIRTH: 1963

ADDRESS: IDAHO SPRINGS, COLORADO

<u>COMPLAINT FILED</u>?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>  _____ YES   __X__ NO

OFFENSES:   Counts 1–8:  18 U.S.C. § 1343, Wire Fraud
Counts 9–13: 18 U.S.C. § 1957, Money Laundering

LOCATION OF OFFENSE: DENVER, COLORADO

PENALTY:   <u>Counts 1–8</u>: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

<u>Counts 9–13</u>: Imprisonment of NMT 10 years, a fine of NMT $250,000 or alternatively NMT twice the amount of criminally derived property involved in the transaction, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:   Marc Lane
Special Agent, Internal Revenue Service

Jared Erwin
Special Agent, Internal Revenue Service

AUTHORIZED BY:   Nicole C. Cassidy
Martha A. Paluch
Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

__X__   five days or less

____   over five days

____   other

THE GOVERNMENT will not seek detention in this case.

OCDETF case: NO