AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>EDWARD BAKER HARRINGTON,<br>a/k/a E. BAKER HARRINGTON,<br>a/k/a EDWARD BAKER HARRINGTON II,<br>a/k/a BAKER HARRINGTON<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-cr-00324-NYW |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EDWARD BAKER HARRINGTON, a/k/a E. BAKER HARRINGTON, a/k/a EDWARD BAKER H ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1–8, 18 U.S.C. § 1343
Counts 9–13, 18 U.S.C. § 1957

Date: 10/18/2022

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*