IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00324-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD BAKER HARRINGTON,
a/k/a E. BAKER HARRINGTON,
a/k/a EDWARD BAKER HARRINGTON II,
a/k/a BAKER HARRINGTON,

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 19th day of October, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    *s/ Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Martha.paluch@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on this 19th day of October, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                        <u>*s/Stephanie Price*</u>
                        STEPHANIE PRICE
                        Legal Assistant