AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 OCT 31 AM 11:14
JEFFREY P. COLWELL
CLERK
BY_____ DEP

| | | |
|---|---|---|
| United States of America<br>v.<br>EDWARD BAKER HARRINGTON,<br>a/k/a E. BAKER HARRINGTON,<br>a/k/a EDWARD BAKER HARRINGTON II,<br>a/k/a BAKER HARRINGTON<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-cr-00324-NYW |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EDWARD BAKER HARRINGTON, a/k/a E. BAKER HARRINGTON, a/k/a EDWARD BAKER H___,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1–8, 18 U.S.C. § 1343
Counts 9–13, 18 U.S.C. § 1957

Date:   10/18/2022                                                    s/T. Vo, Deputy Clerk
                                                                        *Issuing officer's signature*

City and state:   Denver, Colorado                                    Jeffrey P. Colwell, Clerk of Court
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-19-22 , and the person was arrested on *(date)* 10.26.22
at *(city and state)* Idaho Springs, CO .

Date: 10-26-22

                                                                        *Arresting officer's signature*
                                                                        Marc Lane, Special Agent
                                                                        *Printed name and title*

AO 310 (Rev. 03/16)

Judicial Council of the **10 Th** Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: **Dominic Poletto**
   Contact Address: **11654 E. Lake Place**

   Daytime telephone: **(303) 518 8509**

2. Name(s) of Judge(s): **S. Kato Crews**
   Court: **C-201**

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   ☒ Yes ☐ No

   If "yes," give the following information about each lawsuit:
   Court: **C-201**
   Case Number: **22-CV-0987-NYW-SKC**
   Docket number of any appeal to the _____ Circuit: _____
   Are (were) you a party or lawyer in the lawsuit?
   ☐ Party ☐ Lawyer ☐ Neither ☒ **Pro Se Rep.**

   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

   **Self.**

Page 1 of 2

AO 310 (Rev. 03/16)

Judicial Council of the _____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

   I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _____   Date: _M. 10.31.22_

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the dates(s) on which the incident occurred, the name (s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMETN OF CLAIMS."*

CLAIM ONE: <u>Magistrate Judge S. Kato Crews has committed Judicial Misconduct regarding case number 22-CV-0987-NYW-SKC.</u>

                        Case NO: 22-CV-987-NYW-SKC

Related Cases: DE-0752-21-0117-I-1 (Merit Service Protections Board)

Supporting facts:

1. On October 27, 2022, the pro se plaintiff in legal matter 22-cv-987-NYW-SKC filed a Motion with the court to Disqualify Counsel & to Expedite his Motion for Entry of Default Judgement for reasons stated therein.
2. On Friday October 28, 2022, Magistrate Judge S. Kato Crews set a Telephonic Conference to be held in December of 2022.

The Federal Judge has ignored and **has not** issued a ruling on the Plaintiff's Motion(s) stated above, has ignored the facts in this case, and has ultimately put the Plaintiff in financial disparity.