IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00324-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD BAKER HARRINGTON,

       Defendant.

_____

NOTICE OF DISPOSITION
_____

Defendant, Edward Baker Harrington, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant notes that the Court has previously set a Change of Plea/Trial Preparation Conference for March 17, 2023 at 10:00 a.m. *See* Doc. 20 at 4.

Respectfully submitted this 22nd day of February, 2023.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_butterton@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant United States Attorney
Email: Martha.Paluch@usdoj.gov

Nicole Cassidy, Assistant United States Attorney
Email: Nicole.Cassidy@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Edward Baker Harrington (via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant