Exhibit A

Denver Criminal Court
Lindsey-Flanigan Courthouse
520 W. Colfax Ave. - 135
Denver, CO 80204
**www.courts.state.co.us**

PAYMENT SCHEDULE

HARRINGTON, EDWARD B II          2018-CR-005454          DIV: 5C

Total Amount Due*:      $19,111.13
Less Payments           $8,783.31
Initial Payment:        $8,783.31  due November 07, 2018.

Balance of:             $10,327.82  To be paid as follows:

$450.00  Monthly beginning December 31, 2018.

Projected final payment will be       $427.82  due October 31, 2020.

Comments: _____
_____
_____
_____

Pursuant to Colorado law (18-1.3-702 & 16-18.5-104) orders for fines, costs and
restitution are due and payable upon assessment unless a statutorily authorized
payment schedule is granted.  This payment schedule is being granted based on your
ability to pay and is subject to change and/or review as deemed necessary by the
Court, Collections Investigator or Probation.  You are to immediately report any
changes in income, assets or other financial circumstances should they occur, as well
as any inability to make a scheduled payment.  Failure to make payments as required
will result in this payment schedule becoming null and void.  The total remaining
balance will become due immediately. To avoid further action being taken you must pay
in full or sign a new payment schedule with the Collections Investigator.

<u>WARNING</u>

Failure to pay as directed may result in: Garnishment or attachment of your earnings,
Colorado income tax refund, or other disbursements pursuant to Colorado law;
cancellation of your driver's license; additional court proceedings requiring your
appearance, including revocation of your probation or deferred sentence; referral of
your account to a private collection agency; additional fees and collection costs;
and other collection action.

MAIL OR TAKE PAYMENT TO THE ADDRESS AT THE TOP OF THIS FORM. BE SURE TO INCLUDE YOUR
CASE NUMBER WITH YOUR PAYMENT. The court accepts cash, check, money order, and
MasterCard, VISA or Discover. DO NOT MAIL CASH. To pay online, go to
**www.courts.state.co.us**.  A HOLD PERIOD WILL APPLY BEFORE CLEARANCE OF YOUR LICENSE
UNLESS YOU PAY IN FULL, IN PERSON, WITH CASH.

I understand the conditions of the payment schedule and the penalties for
non-compliance.

_____          _____
Defendant Signature                       Collections Investigator/Witness

                                          11-7-18
_____          _____
Parent/Legal Guardian(if Def. is minor)   Date

* Total amount due is subject to additional assessments.
* EVERY RESTITUTION BALANCE WILL BE ASSESSED INTEREST, 8% or 12% PER YEAR DEPENDING
UPON WHEN THE ORIGINAL RESTITUTION ORDER WAS ENTERED, WITH INTEREST ACCRUING MONTHLY.

**FINANCIAL SUMMARY**
**11/07/18  3:06 PM**
District Court, Denver County

Case #: 2018 CR 005454                     Div/Room: 5C                          Type: Theft

**The People of the State of Colorado vs. HARRINGTON, EDWARD B II**

Status:            CLSD


Payment Schedule is defined for Case.

--------------------------------------------------------------------------------
| Registry | Received | Disbursed | Assigned | Balance |
|---|---|---|---|---|
| Restitution | $1,000.00 | | | $1,000.00 |
| REST-Insurance Co | $7,357.31 | | | $7,357.31 |
| Registry Balance | $8,357.31 | | | $8,357.31 |

--------------------------------------------------------------------------------
| Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---|---|---|---|---|
| Restitution | $1,000.00 | $1,000.00 | | |
| REST-Insurance Co | $16,367.63 | $7,357.31 | | $9,010.32 |
| Request to Transfer Probation Fee | $100.00 | $100.00 | | |
| Victim Compensation Fund | $163.00 | $163.00 | | |
| Victim's Assistance Fund | $163.00 | $163.00 | | |
| Time Payment Fee | $25.00 | | | $25.00 |
| Probation Supervision Fee | $1,200.00 | | | $1,200.00 |
| Public Defender Accounts Receivable Code | $25.00 | | | $25.00 |
| Drug Standardized Assessment | $45.00 | | | $45.00 |
| Genetic Testing Surcharge | $2.50 | | | $2.50 |
| E-Discovery | $10.00 | | | $10.00 |
| Restorative Justice Surcharge | $10.00 | | | $10.00 |
| Accts Rcv Balance | $19,111.13 | $8,783.31 | | $10,327.82 |

--------------------------------------------------------------------------------

*-1,200 Prob Sup Fees*

*9,127.82*

*10-29-2020*
*DJ Review*

*9-30-2020*
*Paid iN Full DATE*

*Scott Eols*