# Exhibit C

| 1350 |  | STATE OF SOUTH CAROLINA<br>DEPARTMENT OF REVENUE<br>**TAX LIEN SATISFACTION** | **W-131-S**<br>(Rev. 12/15/11)<br>2051 |

SID/Suffix:
Tax Type:   INDIVIDUAL INCOME TAX

Type Owner:
Last Name:     First Name:
HARRINGTON    EDWARD

County:   GREENVILLE
Contact Number:   (864)241-1200
**Tax Lien Number:   3-51591043-1**
SSN:   XXX-XX-7484

File Number:   72327432
Period Covered:   12/07 - 12/07

PO BOX 24125
GREENVILLE SC 29616-4125

2017028953   1 Pgs
SAT/SCLIEN   Book: MI 0126 Page: 0326 - 0326
April 12, 2017   12:18:22 PM
Rec: $0.00
**FILED IN GREENVILLE COUNTY, SC**

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out below, along with the penalties and interest established by law for failure to pay such taxes when due. Such being established, you are directed by distraint powers to levy upon and sell as is allowed by law so much of the tangible or intangible personal property, rights to such property or choses in action of the party necessary to satisfy the tax, penalty and interest owed by the party, plus the fees, cost and expenses of the levy. If these found assets are not sufficient to satisfy the amount set out in this tax lien, you are directed to seize and sell so much of the real estate of the party as is necessary to satisfy the amount owed.
Dated and signed under the seal of the SC Department of Revenue 08/05/13.

Tax Type:  INDIVIDUAL INCOME TAX

| DIST<br>CODE | PERIOD<br>COVRD | RECEIVABLE<br>NUMBER | DATE<br>ASSESSED | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 0801 | 12/07 | 1-07383658-3 | 06-20-13 | 3,553.00 | 1,776.50 | 812.37 | 6,141.87 |

|  |  |
|---|---|
| SUBTOTAL: | 6,141.87 |
| COURT COSTS: | 317.09 |
| **TOTAL:** | **$6,458.96** |

2013068096

**This tax lien has been SATISFIED by the SC Department of Revenue. Request is made for appropriate entries on your records. SATISFIED 03/22/17.**

TXPRC108     43

20511028

1350 

STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE

# TAX LIEN SATISFACTION

W-131-S
(Rev. 12/15/11)
2051

SID/Suffix:
Tax Type:   INDIVIDUAL INCOME TAX

County:   GREENVILLE
Contact Number:   (864)241-1200
**Tax Lien Number:** 3-51591046-2
SSN:   XXX-XX-7484
SPOUSE SSN:   XXX-XX-2081
File Number:   72327438
Period Covered:   12/08 - 12/08

Last Name:   First Name:
HARRINGTON   EDWARD

HARRINGTON   ANGELA C
PO BOX 24125
GREENVILLE SC 29616-4125

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 2015060420
SAT/SCLIEN   Book: MI 0104 Page: 1643 - 1644   2 Pgs
August 7, 2015   09:48:43 AM
Rec: $0.00
**FILED IN GREENVILLE COUNTY, SC** *Timothy J. Nanney*

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out below, along with the penalties and interest established by law for failure to pay such taxes when due. Such being established, you are directed by distraint powers to levy upon and sell as is allowed by law so much of the tangible or intangible personal property, rights to such property or choses in action of the party necessary to satisfy the tax, penalty and interest owed by the party, plus the fees, cost and expenses of the levy. If these found assets are not sufficient to satisfy the amount set out in this tax lien, you are directed to seize and sell so much of the real estate of the party as is necessary to satisfy the amount owed.
Dated and signed under the seal of the SC Department of Revenue 08/05/13.

Tax Type: INDIVIDUAL INCOME TAX

| DIST CODE | PERIOD COVRD | RECEIVABLE NUMBER | DATE ASSESSED | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 0801 | 12/08 | 1-07383659-0 | 06-20-13 | 3,386.00 | 1,851.05 | 576.36 | 5,813.41 |

2013068097

SUBTOTAL:   5,813.41
COURT COSTS:   300.67
**TOTAL:**   $6,114.08

**This tax lien has been SATISFIED by the SC Department of Revenue. Request is made for appropriate entries on your records. SATISFIED 07/23/15.**

TXPRC108   219

20511028

## Taxpayers' Bill Of Rights
C-367 (Rev. 6/11/15) 6318

- You have the right to apply for assistance from the Taxpayer Rights' Advocate within the Department of Revenue. The advocate or his designee is responsible for facilitating resolution of taxpayer complaints and problems.
- You have the right to request and receive forms, instructions and other written materials in plain, easy-to-understand language.
- You have the right to prompt, courteous service from us in all your dealings with the Department of Revenue.
- You have the right to request and receive written information guides, which explain in simple and nontechnical language, appeal procedures and your remedies as a taxpayer.
- You have the right to receive notices which contain descriptions of the basis for and identification of amounts of any tax, interest and penalties due.

Under the provisions of Section 12-4-340 of the 1976 code of laws, any outstanding liabilities due and owing to South Carolina Department of Revenue for more than 6 months may be assigned to a private collection agency for collecting actions.

Forms Request Line: 1-800-768-3676    Internet: **www.dor.sc.gov**    Automated Refund Info: (803) 898-5300

## Taxpayer Service Centers

The South Carolina Department of Revenue is ready to assist you at 6 locations around the state. You will find the address, telephone numbers and counties served for each location listed below.

**Columbia Main Office:**
300A Outlet Pointe Blvd.
P.O. Box 125
Columbia, SC 29214
Phone: 803-898-5000
Fax: 803-896-0132

**Columbia Field Collections:**
300A Outlet Pointe Blvd.
P.O. Box 21587
Columbia, SC 29221
Phone: 803-898-5200
Fax: 803-896-0020

**Charleston Service Center:**
2 South Park Circle
Suite 100
Charleston, SC 29407
Phone: 843-852-3600
Fax: 843-556-1780

**Florence Service Center:**
1452 West Evans Street
P.O. Box 5418
Florence, SC  29502
Phone: 843-661-4850
Fax: 843-662-4876

**Greenville Service Center:**
545 N. Pleasantburg Dr.
Suite 300
Greenville, SC 29607
Phone: 864-241-1200
Fax: 864-232-5008

**Myrtle Beach Office:**
1350 Farrow Parkway
Suite 200
Myrtle Beach, SC 29577
Phone: 843-839-2960
Fax: 843-839-2964

**Rock Hill Service Center:**
Business and Technology Center
454 South Anderson Road
Suite 202
P.O. Box 12099
Rock Hill, SC 29731
Phone: 803-324-7641
Fax: 803-324-8289

| COLUMBIA | CHARLESTON | GREENVILLE | FLORENCE | MYRTLE BEACH | ROCK HILL |
|---|---|---|---|---|---|
| Aiken | Beaufort | Abbeville | Chesterfield | Georgetown | Cherokee |
| Allendale | Berkeley | Anderson | Clarendon | Horry | Chester |
| Bamberg | Charleston | Greenville | Darlington | | Fairfield |
| Barnwell | Colleton | Laurens | Dillon | | Lancaster |
| Calhoun | Dorchester | Oconee | Florence | | York |
| Edgefield | Hampton | Pickens | Lee | | |
| Greenwood | Jasper | Spartanburg | Marion | | |
| Kershaw | | Union | Marlboro | | |
| Lexington | | | Sumter | | |
| McCormick | | | Williamsburg | | |
| Newberry | | | | | |
| Orangeburg | | | | | |
| Richland | | | | | |
| Saluda | | | | | |

63181010

```
1350
```



**STATE OF SOUTH CAROLINA**
**DEPARTMENT OF REVENUE**
# TAX LIEN SATISFACTION

**W-131-S**
(Rev. 12/15/11)
2051

SID/Suffix:
Tax Type:   INDIVIDUAL INCOME TAX

Type Owner:
Last Name:     First Name:
HARRINGTON     EDWARD

County:   GREENVILLE
Contact Number:   (864)241-1200
**Tax Lien Number:** 3-51591076-9
SSN:   XXX-XX-7484
SPOUSE SSN:   XXX-XX-2081
File Number:   79826419
Period Covered:   12/09 - 12/09

HARRINGTON   ANGELA C
PO BOX 24125
GREENVILLE SC 29616-4125

2017028955   1 Pgs
SAT/SCLIEN    Book: MI 0126 Page: 0328 - 0328
April 12, 2017   12:18:24 PM
Rec: $0.00
**FILED IN GREENVILLE COUNTY, SC**

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out below, along with the penalties and interest established by law for failure to pay such taxes when due. Such being established, you are directed by distraint powers to levy upon and sell as is allowed by law so much of the tangible or intangible personal property, rights to such property or choses in action of the party necessary to satisfy the tax, penalty and interest owed by the party, plus the fees, cost and expenses of the levy. If these found assets are not sufficient to satisfy the amount set out in this tax lien, you are directed to seize and sell so much of the real estate of the party as is necessary to satisfy the amount owed.
Dated and signed under the seal of the SC Department of Revenue 08/05/13.

Tax Type:  INDIVIDUAL INCOME TAX

| DIST CODE | PERIOD COVRD | RECEIVABLE NUMBER | DATE ASSESSED | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 0801 | 12/09 | 1-07381434-7 | 06-18-13 | 2,321.00 | 475.80 | 278.88 | 3,075.68 |

2013068099

| | | |
|---|---|---|
| SUBTOTAL: | | 3,075.68 |
| COURT COSTS: | | 163.78 |
| **TOTAL:** | | $3,239.46 |

**This tax lien has been SATISFIED by the SC Department of Revenue. Request is made for appropriate entries on your records. SATISFIED 03/22/17.**

TXPRC108               45

20511028

2017028955 MI BK 0126 PG 0328 (LAST PAGE)

| 1350 |  | STATE OF SOUTH CAROLINA<br>DEPARTMENT OF REVENUE<br># TAX LIEN SATISFACTION | W-131-S<br>(Rev. 12/15/11)<br>2051 |

SID/Suffix:
Tax Type:   INDIVIDUAL INCOME TAX

Type Owner:
Last Name:    First Name:
HARRINGTON    EDWARD

County:   GREENVILLE
Contact Number:   (864)241-1200
**Tax Lien Number:** 3-51650691-0
SSN:   XXX-XX-7484
SPOUSE SSN:   XXX-XX-2081
File Number:   72327439
Period Covered:   12/10 - 12/10

HARRINGTON   ANGELA C
PO BOX 24125
GREENVILLE SC 29616-4125

```
                                              2017028956
                                                   1 Pgs
SAT/SCLIEN    Book: MI 0126 Page: 0329 - 0329
April 12, 2017   12:18:25 PM
Rec: $0.00
FILED IN GREENVILLE COUNTY, SC
```

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out below, along with the penalties and interest established by law for failure to pay such taxes when due. Such being established, you are directed by distraint powers to levy upon and sell as is allowed by law so much of the tangible or intangible personal property, rights to such property or choses in action of the party necessary to satisfy the tax, penalty and interest owed by the party, plus the fees, cost and expenses of the levy. If these found assets are not sufficient to satisfy the amount set out in this tax lien, you are directed to seize and sell so much of the real estate of the party as is necessary to satisfy the amount owed.
Dated and signed under the seal of the SC Department of Revenue 01/02/14.

Tax Type:   INDIVIDUAL INCOME TAX

| DIST<br>CODE | PERIOD<br>COVRD | RECEIVABLE<br>NUMBER | DATE<br>ASSESSED | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 0801 | 12/10 | 1-07655173-7 | 11-18-13 | 1,573.00 | 15.72 | 145.02 | 1,733.74 |

|  |  |
|---|---|
| SUBTOTAL: | 1,733.74 |
| COURT COSTS: | 96.69 |
| **TOTAL:** | $1,830.43 |

2014002196

**This tax lien has been SATISFIED by the SC Department of Revenue. Request is made for appropriate entries on your records. SATISFIED 03/22/17.**

TXPRC108                46

20511028

1350  STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE

# TAX LIEN SATISFACTION

**W-131-S**
(Rev. 12/15/11)
2051

SID/Suffix:
Tax Type:   INDIVIDUAL INCOME TAX

Type Owner:
Last Name:     First Name:
HARRINGTON    EDWARD

County:   GREENVILLE
Contact Number:   (864)241-1200
**Tax Lien Number:** 3-51591047-9
SSN:   XXX-XX-7484

File Number:   72327440
Period Covered:   12/11 - 12/11

PO BOX 24125
GREENVILLE SC 29616-4125

2017028954
SAT/SCLIEN    Book: MI 0126 Page: 0327 - 0327    1 Pgs
April 12, 2017   12:18:23 PM
Rec: $0.00
**FILED IN GREENVILLE COUNTY, SC**

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out below, along with the penalties and interest established by law for failure to pay such taxes when due. Such being established, you are directed by distraint powers to levy upon and sell as is allowed by law so much of the tangible or intangible personal property, rights to such property or choses in action of the party necessary to satisfy the tax, penalty and interest owed by the party, plus the fees, cost and expenses of the levy. If these found assets are not sufficient to satisfy the amount set out in this tax lien, you are directed to seize and sell so much of the real estate of the party as is necessary to satisfy the amount owed.
Dated and signed under the seal of the SC Department of Revenue 08/05/13.

Tax Type:  INDIVIDUAL INCOME TAX

| DIST CODE | PERIOD COVRD | RECEIVABLE NUMBER | DATE ASSESSED | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|---|---|---|
| 0801 | 12/11 | 1-07383567-2 | 06-20-13 | 8,379.00 | 2,765.06 | 337.38 | 11,481.44 |

|  |  |
|---|---|
| SUBTOTAL: | 11,481.44 |
| COURT COSTS: | 584.07 |
| **TOTAL:** | $12,065.51 |

2013068098

**This tax lien has been SATISFIED by the SC Department of Revenue. Request is made for appropriate entries on your records. SATISFIED 03/22/17.**

TXPRC108          44

20511028

| Form 668 (Z) (Rev. 10-2000) | - - * - - | 11874 | Department of the Treasury - Internal Revenue Service<br>**Certificate of Release of Federal Tax Lien** | |
|---|---|---|---|---|

| Area:<br>WAGE & INVESTMENT AREA #2<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>928653313 | For Use by Recording Office |
|---|---|---|

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___April 02___ ___2013___, is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer
EDWARD B & ANGELA C HARRINGTON II

Residence PO BOX 24125
GREENVILLE, SC 29616-4125

COURT RECORDING INFORMATION:
```
Liber    Page      UCC No.    Serial No.
MI 80    174-174   n/a        2013026505
```

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-7484 | 04/13/2009 | 05/13/2019 | 21506.92 |
| 1040 | 12/31/2009 | XXX-XX-7484 | 05/03/2010 | 06/02/2020 | 37646.79 |
| ****************** | ****************** | ****************** | ****************** | ****************** | ****************** |

```
                                          2017086992
T/LIEN/REL   Book: MI 0133 Page: 1238 - 1238      1 Pgs
October 24, 2017   09:15:39 AM
Rec: $0.00
FILED IN GREENVILLE COUNTY, SC
```

| Place of Filing | REGISTER OF DEEDS<br>GREENVILLE SQUARE<br>GREENVILLE, SC 29601 | Total | $ | 59153.71 |
|---|---|---|---|---|

This notice was prepared and signed at ___BALTIMORE, MD___, on this, the ___11th___ day of ___October___, 2017.

Signature: *Joan Flach*

Title: Operations Manager, Centralized Lien Operation

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE      Form **668** (Z) (Rev. 10-2000)

2017086992 MI BK 0133 PG 1238 (LAST PAGE)