IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 22-cr-00324-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD BAKER HARRINGTON,
   a/k/a BAKER HARRINGTON,
   a/k/a E. BAKER HARRINGTON,
   a/k/a EDWARD BAKER HARRINGTON II,

    Defendant.

## GOVERNMENT'S MOTION FOR ORDER TO RESTRICT DOCUMENT
_____

The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict the Government's Objections to the Presentence Report (ECF No. 29), any order revealing the contents of that document, and the brief filed in support of this motion (ECF No. 30), for the reasons stated in the brief filed in support of this motion.

\\

\\

1

The United States requests a "Level 1" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by the Parties & Court" only.

Respectfully submitted this 23rd day of June, 2023.

                                          Respectfully submitted,

                                          COLE FINEGAN
                                          United States Attorney

                                          By *s/ Nicole C. Cassidy*
                                          NICOLE C. CASSIDY
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          1801 California Street, Suite 1600
                                          Denver, Colorado 80202
                                          Telephone: (303) 454-0100
                                          Email: nicole.cassidy@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 23, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                               By: s/ *Lauren Timm*
                                                     Lauren Timm
                                                     Legal Assistant
                                                     U.S. Attorney's Office