# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00324-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD BAKER HARRINGTON,

    a/k/a BAKER HARRINGTON
    a/k/a E. BAKER HARRINGTON
    a/k/a EDWARD BAKER HARRINGTON II,

    Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 26th day of June 2023.

    COLE FINEGAN
    United States Attorney

    s/ *Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                          s/ *Jason Haddock*
                                          FSA Paralegal
                                          U.S. Attorney's Office