IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00324-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD BAKER HARRINGTON,
    a/k/a BAKER HARRINGTON
    a/k/a E. BAKER HARRINGTON
    a/k/a EDWARD BAKER HARRINGTON II,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment*, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on October 18, 2022, an Indictment was filed charging defendant Edward Baker Harrington in Counts One through Eight with wire fraud, in violation of 18 U.S.C. § 1343, and in Counts Nine through Thirteen with money laundering, in violation of 18 U.S.C. § 1957;

THAT the Indictment also sought forfeiture against defendant Edward Baker Harrington, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c); and

THAT on March 23, 2023, the United States and defendant Edward Baker Harrington entered into a Plea Agreement, which provided that the defendant would plead

1

guilty to Counts One and Nine of the Indictment. It also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment* is GRANTED;

THAT $1,012,797.95 is subject to forfeiture as proceeds obtained by defendant defendant Edward Baker Harrington through commission of the offenses to which he has pleaded guilty;

THAT a Personal Forfeiture Money Judgment in the amount of $1,012,797.95 shall be entered against defendant Edward Baker Harrington, in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this ____ day of _____ 2023.

BY THE COURT:

_____
NINA Y. WANG
United States District Judge