IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00324-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARD BAKER HARRINGTON,
    a/k/a BAKER HARRINGTON,
    a/k/a E. BAKER HARRINGTON,
    a/k/a EDWARD BAKER HARRINGTON II,

    Defendant.

## UNITED STATES' MOTION TO DISMISS
## COUNTS 2–8 AND 10–13 OF THE INDICTMENT

The United States of America respectfully moves the Court, after the sentencing of defendant Edward Baker Harrington, and as a condition thereto, to dismiss Counts 2 through 8 and 10 through 13 of the Indictment as to this defendant pursuant to the plea agreement.

\\

\\

\\

As grounds therefore, the government states that the defendant has pled guilty to Counts 1 and 9 of the Indictment, charging, respectively, violations of 18 U.S.C. § 1343 (wire fraud), and 18 U.S.C. § 1957 (money laundering). At the conclusion of the sentencing hearing, the defendant will have been sentenced on Counts 1 and 9 of the Indictment.

Dated this 30th day of June, 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Nicole C. Cassidy*
Nicole C. Cassidy
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Nicole.Cassidy@usdoj.gov
Martha.Paluch@usdoj.gov
Attorneys for Government

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS COUNTS 2–8 AND 10–13 OF THE INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Nicole C. Cassidy*
Nicole C. Cassidy
Assistant United States Attorney
United States Attorney's Office
