IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00324-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD BAKER HARRINGTON,
   a/k/a BAKER HARRINGTON,
   a/k/a E. BAKER HARRINGTON,
   a/k/a EDWARD BAKER HARRINGTON II,

    Defendant.

**UNITED STATES' MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL PURSUANT TO U.S.S.G § 3E1.1(b)**

The United States of America respectfully moves the Court to decrease the offense level by one additional level pursuant to United States Sentencing Guidelines §3E1.1(b). As grounds therefore, the government states:

(1) The defendant has clearly demonstrated acceptance of responsibility for his offense and is entitled to a decrease in the offense level by two levels pursuant to U.S.S.G. §3E1.1(a). The U.S. Probation Office has reached this same conclusion in the Presentence Investigation Report.  (ECF No. 36 ¶ 48.)

\\

\\

(2) The defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted this 30th day of June, 2023.

>COLE FINEGAN
>United States Attorney
>
>By: s/ *Nicole C. Cassidy*
>Nicole C. Cassidy
>Martha A. Paluch
>Assistant U.S. Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>(303) 454-0100
>(303) 454-0409 (fax)
>Nicole.Cassidy@usdoj.gov
>Martha.Paluch@usdoj.gov
>Attorneys for Government

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing **UNITED STATES' MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL PURSUANT TO U.S.S.G § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Nicole C. Cassidy*
Nicole C. Cassidy
Assistant United States Attorney
United States Attorney's Office