**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  22-cr-00324-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. EDWARD BAKER HARRINGTON,
   a/k/a BAKER HARRINGTON,
   a/k/a E. BAKER HARRINGTON,
   a/k/a EDWARD BAKER HARRINGTON II,

      Defendant.

_____

**GOVERNMENT'S STATEMENT REGARDING RESTITUTION**
_____

      The Plea Agreement provides that the defendant, Edward Baker Harrington, has an obligation to pay restitution on the amount of his fraudulent Paycheck Protection Program ("PPP") loans (including the PPP loans that ultimately received loan forgiveness), plus interest accruing through the date of sentencing.  (ECF No. 25 at 11.)  The government now respectfully submits this statement providing information and supporting documentation regarding the apportionment of restitution between the Small Business Administration ("SBA") and third-party lenders, as well as the final interest calculations.

      The government submits that the total amount of restitution, including interest accruing through the date of sentencing, is $1,078,033.50.  Of this amount, the government contends that $990,759.85 is owed to the SBA, which includes a total of

1

$925,524.30 for PPP loans that received loan forgiveness or were repurchased by the SBA, $40,664.23 of PPP processing fees[1], and $24,681.32 of interest accrued through the date of sentencing, less $110.00 that was repaid on the Spruce Lake Search LLC PPP loan.  Additionally, $20,832.00 and $66,441.65 are owed to Huntington National Bank[2] and First National Bank of Omaha[3], respectively, as these PPP loans have not been repurchased by the SBA.

The Certified Statements of Account for the defendant's PPP loans are attached hereto as Exhibit 1.

Respectfully submitted this 30th day of June, 2023.

>COLE FINEGAN
>United States Attorney
>
>By: *s/ Nicole C. Cassidy*
>Nicole C. Cassidy
>Martha A. Paluch
>Assistant United States Attorneys
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Tel: (303) 454-0100
>Fax: (303) 454-0409
>Nicole.cassidy@usdoj.gov
>Martha.paluch@usdoj.gov
>Attorneys for the Government

---

[1] In reviewing the supporting documentation provided by the SBA, the government discovered that it had inadvertently overstated the PPP processing fee for the Alpine Search, LLC PPP loan by $10.00.  The total amount of the PPP processing fees is therefore $40,664.23, not $40,674.23.

[2] TCF National Bank was the original lender for the Elk Ridge Consulting LLC PPP loan.  Huntington National Bank merged with TCF National Bank in June 2021.

[3] Western States Bank was the original lender for the Alpine Search LLC PPP loan.  First National Bank of Omaha acquired Western States Bank in February 2022.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2023, I electronically filed the foregoing **GOVERNMENT'S STATEMENT REGARDING RESTITUTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Nicole C. Cassidy*
Assistant United States Attorney
United States Attorney's Office

3