# Exhibit 1

**SBA** Small Business Administration



**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 06/28/2023

Loan Number:       1044257801
Lender Name:       The Huntington National Bank
Borrower Name:     Elk Ridge Consulting, LLC
Borrower Address:  1153 Bergen Parkway Ste I-404
                   Evergreen, CO 80439 US

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---:|---:|
| Loan | $20,832.00 | |
| Less: Principal Payments | $0.00 | |
| Less: Principal Forgiveness | $0.00 | |
| Lender Principal Balance | | $20,832.00 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---:|---:|
| Principal Forgiveness | $0.00 | |
| Add: Interest Forgiveness | $0.00 | |
| Add: PPP Processing Fee | $1,041.60 | |
| SBA Charges Outstanding | | $1,041.60 |
| Total Indebtedness | | $21,873.60 |

| Last 1502 Report Date | Interest Paid Through |
|---|---|
| 06/07/2023 | 10/12/2021 |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

*Vikki Matamoros*                                    06/28/2023
Vikki Matamoros, Lead Accountant                     Date
Authorized Signature and Title
SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO  80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 8, 2023

| | |
|---|---|
| Loan Number: | 1879508308 |
| Lender Name: | High Plains Bank |
| Borrower Name: | SUMMIT CONSULTING SERVICES LLC |
| Borrower Address: | 1153 Bergen Pkwy Ste I-404 Evergreen CO 80439 |

Total Amount Disbursed by Lender to Borrower:

| | | | |
|---|---|---|---|
| Loan | $ | 99,756.65 | |
| Less: Principal Payments | $ | 0.00 | |
| Less: Principal Purchased | $ | 99,756.65 | |
| Lender Principal Balance | | $ | 0.00 |

Total Amount Disbursed by SBA to Lender:

| | | | |
|---|---|---|---|
| Principal Purchased | $ | 99,756.65 | |
| Add: Purchased and Accrued Interest | $ | 2,376.50 | |
| Add: PPP Processing Fee | $ | - | |
| SBA Charges Outstanding | | $ | 102,133.15 |
| Total Indebtedness | | $ | 102,133.15 |

Interest rate on loan is 1.000%. Interest calculated thru 06/08/2023. Daily interest rate is currently accruing at a rate of $2.73 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 6/9/2022 | N/A |

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

_Patrick Hennig_                                                                                     6/8/2023
Patrick Hennig, Lead Accountant
Authorized Signature and Title                                                                 Date

SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION

Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 22, 2023

| | |
|---|---|
| Loan Number: | 2593268307 |
| Lender Name: | FMS Bank |
| Borrower Name: | Arapaho Consulting LLC |
| Borrower Address: | 1153 Bergen Pkwy Ste I Evergreen CO 80439 |

Total Amount Disbursed by Lender to Borrower:

| | | | |
|---|---|---|---|
| Loan | $ | 99,756.65 | |
| Less: Principal Payments | $ | 0.00 | |
| Less: Principal Purchased | $ | 99,756.65 | |
| Lender Principal Balance | | $ | 0.00 |

Total Amount Disbursed by SBA to Lender:

| | | | |
|---|---|---|---|
| Principal Purchased | $ | 99,756.65 | |
| Add: Purchased and Accrued Interest | $ | 2,112.61 | |
| Add: PPP Processing Fee | $ | - | |
| SBA Charges Outstanding | | $ | 101,869.26 |
| | | | |
| Total Indebtedness | | $ | 101,869.26 |

Interest rate on loan is 1.000%. Interest calculated thru 06/22/2023. Daily interest rate is currently accruing at a rate of $2.73 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 12/14/2022 | N/A |

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

*[signature]*                                                                 6/22/2023

Patrick Henning, Lead Accountant
Authorized Signature and Title                                          Date

SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 15, 2023

| | |
|---|---|
| Loan Number: | 2864907904.00 |
| Lender Name: | High Plains Bank |
| Borrower Name: | SUMMIT CONSULTING SERVICES, LLC |
| Borrower Address: | 1153 BERGEN PARKWAY STE I-40 EVERGREEN CO 80439 |

Total Amount Disbursed by Lender to Borrower:

| | | | |
|---|---|---|---|
| Loan | $ | 99,756.00 | |
| Less: Principal Payments | $ | 0.00 | |
| Less: Principal Purchased | $ | 99,756.00 | |
| Lender Principal Balance | | $ | 0.00 |

Total Amount Disbursed by SBA to Lender:

| | | | |
|---|---|---|---|
| Principal Purchased | $ | 99,756.00 | |
| Add: Purchased and Accrued Interest | $ | 3,015.04 | |
| Add: PPP Processing Fee | $ | 4,987.80 | |
| SBA Charges Outstanding | | $ | 107,758.84 |
| Total Indebtedness | | $ | 107,758.84 |

Interest rate on loan is 1.000%. Interest calculated thru 06/15/2023. Daily interest rate is currently accruing at a rate of $2.73 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 4/8/2022 | N/A |

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

_signature_                                                              6/15/2023

Patrick Henning, Lead Accountant
Authorized Signature and Title                                           Date

SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 22, 2023

| | |
|---|---|
| Loan Number: | 4503598210 |
| Lender Name: | Lakeview Bank |
| Borrower Name: | SPRUCE LAKE CONSULTING, LLC |
| Borrower Address: | 3500 VICKSBURG LN N #205 PLYMOUTH MN 55447 |

Total Amount Disbursed by Lender to Borrower:

| | | | |
|---|---|---|---|
| Loan | $ | 128,400.00 | |
| Less: Principal Payments | $ | 0.00 | |
| Less: Principal Purchased | $ | 128,400.00 | |
| Lender Principal Balance | | $ | 0.00 |

Total Amount Disbursed by SBA to Lender:

| | | | |
|---|---|---|---|
| Principal Purchased | $ | 128,400.00 | |
| Add: Purchased and Accrued Interest | $ | 3,278.60 | |
| Add: PPP Processing Fee | $ | 6,420.00 | |
| SBA Charges Outstanding | | $ | 138,098.60 |
| Total Indebtedness | | $ | 138,098.60 |

Interest rate on loan is 1.000%. Interest calculated thru 06/22/2023. Daily interest rate is currently accruing at a rate of $3.52 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 1/11/2023 | N/A |

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

_____                    6/22/2023
Patrick Henning, Lead Accountant
Authorized Signature and Title                                    Date

SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO  80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 6, 2023

---

| | |
|---|---|
| Loan Number: | 5056968107 |
| Lender Name: | Flagship Bank Minnesota |
| Borrower Name: | SPRUCE LAKE SEARCH LLC |
| Borrower Address: | 3500 VICKSBURG LN N STE 205 PLYMOUTH MN 55447 |

Total Amount Disbursed by Lender to Borrower:

| | | | |
|---|---|---|---|
| Loan | $ | 149,200.00 | |
| Less: Principal Payments | $ | 0.00 | |
| Less: Principal Purchased | $ | 149,200.00 | |
| Lender Principal Balance | | $ | 0.00 |

Total Amount Disbursed by SBA to Lender:

| | | | |
|---|---|---|---|
| Principal Purchased | $ | 149,200.00 | |
| Less: Principal Payments | | 110.00 | |
| Add: Purchased and Accrued Interest | $ | 4,282.91 | |
| Add: PPP Processing Fee | $ | 7,460.00 | |
| SBA Charges Outstanding | | $ | 160,832.91 |
| | | | |
| Total Indebtedness | | $ | 160,832.91 |

Interest rate on loan is 1.000%. Interest calculated thru 06/06/2023. Daily interest rate is currently accruing at a rate of $4.08 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 7/25/2022 | N/A |

---

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

_/s/ P.H._                  6/6/2023

Patrick Henning, Lead Accountant
Authorized Signature and Title            Date

SBA FORM 596 B (8-81)

**SBA** Small Business Administration



# SMALL BUSINESS ADMINISTRATION
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 06/28/2023

| | |
|---|---|
| Loan Number: | 5326438200 |
| Lender Name: | Magnifi Financial CU |
| Borrower Name: | Alpine Search Partners LLC |
| Borrower Address: | 3500 Vicksburg Ln N Ste 205 |
| | Plymouth, MN 55447 US |

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---|---|
| Loan | $149,200.00 | |
| Less: Principal Payments | $0.00 | |
| Less: Principal Purchased | $149,200.00 | |
| Lender Principal Balance | | $0.00 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---|---|
| Principal Purchased | $149,200.00 | |
| Less: Principal Payments | $0.00 | |
| Add: Purchased and Accrued Interest | $3,654.38 | |
| Add: PPP Processing Fee | $7,460.00 | |
| SBA Charges Outstanding | | $160,314.38 |
| | | |
| Total Indebtedness | | $160,314.38 |

Interest rate on loan is 1.000%. Interest calculated thru 06/28/2023 Daily interest rate is currently accruing at a rate of $4.09 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 02/17/2023 | N/A |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

_[signature]_                                                                06/28/2023
Patrick Henning, Lead Accountant                                             Date
Authorized Signature and Title
SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION

Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 16, 2023

Loan Number:       5452037410
Lender Name:       First National Bank of Omaha
Borrower Name:     Alpine Search, LLC
Borrower Address:  1153 Bergen Parkway Ste I-404 Evergreen CO 80439

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---|---|
| Loan | $ 66,441.65 | |
| Less: Principal Payments | $ 0.00 | |
| Less: Principal Forgiveness | $ 0.00 | |
| Lender Principal Balance | $ | 66,441.65 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---|---|
| Principal Forgiveness | $ 0.00 | |
| Add: Interest Forgiveness | $ 0.00 | |
| Add: PPP Processing Fee | $ 3,322.08 | |
| SBA Charges Outstanding | $ | 3,322.08 |
| Total Indebtedness | $ | 69,763.73 |

Last 1502 Report Date            Interest Paid Through

6/7/2023                         5/22/2022

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

_[signature]_                                        6/16/2023
Patrick Henning, Lead Accountant
Authorized Signature and Title                       Date

SBA FORM 596 B (8-81)

**SBA** Small Business Administration



**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 06/28/2023

| | |
|---|---|
| Loan Number: | 8757558000 |
| Lender Name: | Freedom Bank |
| Borrower Name: | Alpine Search Partners LLC |
| Borrower Address: | 235 SNOWY MOUNTAIN CIR STE 122 GALLATIN GATEWAY, MT 59730-8738 US |

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---:|---:|
| Loan | $99,700.00 | |
| Less: Principal Payments | $0.00 | |
| Less: Principal Purchased | $99,700.00 | |
| Lender Principal Balance | | $0.00 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---:|---:|
| Principal Purchased | $99,700.00 | |
| Less: Principal Payments | $0.00 | |
| Add: Purchased and Accrued Interest | $2,977.33 | |
| Add: PPP Processing Fee | $4,985.00 | |
| SBA Charges Outstanding | | $107,662.33 |
| Total Indebtedness | | $107,662.33 |

Interest rate on loan is 1.000%. Interest calculated thru 06/28/2023 Daily interest rate is currently accruing at a rate of $2.73 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 07/23/2022 | N/A |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

*Vikki Matamoros*
Vikki Matamoros, Lead Accountant
Authorized Signature and Title
SBA FORM 596 B (8-81)

06/28/2023
Date



# SMALL BUSINESS ADMINISTRATION
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of June 6, 2023

| | |
|---|---|
| Loan Number: | 7837067800 |
| Lender Name: | FMS Bank |
| Borrower Name: | Arapaho Consulting LLC |
| Borrower Address: | 1153 BERGEN PKWY I-404 EVERGREEN CO 80439 |

Total Amount Disbursed by Lender to Borrower:

| | | | |
|---|---|---|---|
| Loan | $ | 99,755.00 | |
| Less: Principal Payments | $ | 0.00 | |
| Less: Principal Purchased | $ | 99,755.00 | |
| Lender Principal Balance | $ | | 0.00 |

Total Amount Disbursed by SBA to Lender:

| | | | |
|---|---|---|---|
| Principal Purchased | $ | 99,755.00 | |
| Add: Purchased and Accrued Interest | $ | 2,983.95 | |
| Add: PPP Processing Fee | $ | 4,987.75 | |
| SBA Charges Outstanding | $ | | 107,726.70 |
| Total Indebtedness | $ | | 107,726.70 |

Interest rate on loan is 1.000%. Interest calculated thru 06/06/2023. Daily interest rate is currently accruing at a rate of $2.73 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 5/27/2022 | N/A |

Certified to be a true and accurate statement of the balances as reported by the lender and reflected by the official accounting records of the Small Business Administration

*Vikki Matamoros*                                                         6/6/2023
Vikki Matamoros, Lead Accountant
Authorized Signature and Title                                              Date

SBA FORM 596 B (8-81)