IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 22-cr-00324-NYW-1 | Date: July 14, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |
| Probation Officer: Paige Meador | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Nicole Cassidy |
| | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1. EDWARD BAKER HARRINGTON, | Mary Butterton |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**1:02 p.m.     Court in session.**

Appearances of counsel.  Defendant present on bond.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendations.

Statement by Defendant.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's Motion for Non-Guideline Sentence and Sentencing Statement [Doc. 35] is GRANTED in part and DENIED in part.**

**ORDERED:** United States' Motion to Dismiss Counts 2–8 and 10–13 of the Indictment [Doc. 39] is GRANTED.

**ORDERED:** United States' Motion to Decrease Offense Level by One Additional Level Pursuant to U.S.S.G § 3E1.1(b) [Doc. 40] is GRANTED.

**ORDERED:** Defendant shall be imprisoned for 51 months as to Count 1 of the Indictment and 51 months as to Count 9 of the Indictment, to be served concurrently. Upon release from imprisonment, Defendant shall be placed on supervised release for a term of 3 years as to Count 1 of the Indictment and 3 years as to Count 9 of the Indictment, to be served concurrently.

**ORDERED:** Conditions of Supervised Release, as stated on the record.

**ORDERED:** Defendant shall pay a $200.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Restitution is ordered in the amount of $1,078,033.50, to be paid immediately. Interest is imposed on the restitution. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payments will be calculated as at least 10 percent of the Defendant's gross monthly income.

**ORDERED:** Defendant's Oral Motion to Allow His Restitution Payments to be Suspended During the Term of Incarceration is DENIED.

**ORDERED:** Defendant shall forfeit any interest in the money judgment in the amount of the proceeds of the offenses of conviction, which is $1,012,797.95, which does not include interest or lender processing fees, to the United States.

**ORDERED:** The Plea Agreement is hereby accepted.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days of the date of designation.

Defendant advised of right to appeal.

Court recommends that the Bureau of Prisons place Defendant at a facility within the District of Colorado that is commensurate with his security classification.

**2:56 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     1:54