**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:22-cr-00324-NYW-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Edward Baker HARRINGTON,

    Defendant.

_____

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**
_____

The Judgment imposed on July 14, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Florence Satellite Camp. Accordingly,

IT IS ORDERED that Defendant, Edward Baker HARRINGTON, shall surrender himself by reporting to the Warden at the FCI Florence Satellite Camp, 5880 Hwy 67 South, Florence, Colorado on August 15, 2023, by 12:00pm.
Travel will be at his own expense.

DATED at Denver, Colorado, this 27th day of July 2023.

BY THE COURT:

_____

Nina Y. Wang
United States District Judge